# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2006

131254

FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Plaintiff-Appellee,

v

ARTHUR P. DORE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131254
COA: 265176
Bay CC: 04-003183-CK

On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2006

_____
Clerk

p1129